UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,   Criminal No. 06-445 (DSD/JJG)

      Plaintiff,

**ORDER**

v.

DEAN RAY PETERS,

      Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham, dated April 10, 2007, all the files, records, and proceedings herein, and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 16) is **STRICKEN** from the docket in light of defendant's withdrawal of the motion during the motions hearing on March 21, 2007; and

2. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 17) is **DENIED**.

Dated: April 26, 2007

                                                          s/David S. Doty
                                                          DAVID S. DOTY
                                                          Judge, United States District Court